IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH PATRICK GREENE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SOLANO COUNTY SHERIFF, et al.,<br><br>　　　　　　　Defendants.<br><br>_____/ | No. C 14-3778 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 complaining of events at the Solano County Jail ("SCJ").  SCJ is located in Solano County, within the venue of the Eastern District of California.  <u>See</u> 28 U.S.C. § 84(c).  No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District.  Venue therefore is proper in the Eastern District, and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.  In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED:   August 25, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
For the Northern District of California